IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

XIA ZHANG,

        *Plaintiff*,

v.

DOE ET AL.,

        *Defendants*.

No. 1:21-cv-1247-MSN-JFA

**ORDER**

This matter comes before the Court upon the Report and Recommendation issued by Magistrate Judge John F. Anderson ("Recommendation") on February 25, 2022 (Dkt. No. 13). Pursuant to Federal Rule of Civil Procedure 72(b)(2), the deadline for submitting any objections to the Recommendation was March 14, 2022. To date, no objections have been filed.

Thus, after reviewing the record and Judge Anderson's Recommendation, and finding good cause to do so, the Court hereby **APPROVES** and **ADOPTS** the Recommendation (Dkt. No. 13). Accordingly, it is hereby

    **ORDERED** that Plaintiff's Motion for Default Judgment (Dkt. No. 9) is **GRANTED**. It is further

    **ORDERED** that judgment is hereby entered in favor of Plaintiff Xia Zhang. It is **ORDERED** that judgment is hereby entered against Defendants: John Doe; 0927.com; 0942.com; 7886.com; and 8831.com pursuant to Count II of the Complaint (Dkt. No. 1) alleging a violation of the Anti-Cybersquatting Consumer Protection Act (15 U.S.C. § 1125(d)(1)(C)). It is further

    **ORDERED** that VeriSign, Inc., the registry for defendants 0927.com; 0942.com; 7886.com; and 8831.com, change the registrar of record for domain names 0927.com; 0942.com; 7886.com; and 8831.com to GoDaddy.com LLC, plaintiff's choice of registrar. It is **ORDERED** that GoDaddy.com LLC register the domain names in plaintiff's account, identified by Customer Number 459978410 and email address zxdomains@163.com. It is further

    **ORDERED** that Count I of plaintiff's Complaint (Dkt. No. 1) is **DISMISSED WITHOUT PREJUDICE**.

The Clerk of Court is directed to enter judgment as set forth above pursuant to Rule 55 of the Federal Rules of Civil Procedure.

It is **SO ORDERED**.

/s/
Hon. Michael S. Nachmanoff
United States District Judge

April 1, 2022
Alexandria, Virginia